THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NAOMI KEHL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TONY LEBLANC and WESTMINSTER COLLEGE,<br><br>　　　　Defendants. | **ORDER DENYING DEFENDANTS' [15] MOTION TO DISMISS**<br><br>Civil No. 2:23-cv-167<br><br>Judge David Barlow |

On May 30, 2023, Defendants filed their Motion to Dismiss Plaintiff's Complaint.[1] On July 27, 2023, Plaintiff filed a Motion to Amend her Complaint.[2] Plaintiff's Motion to Amend her Complaint is now fully briefed and pending before the magistrate judge. Because the disposition of the Motion to Amend may affect the Motion to Dismiss, the court now administratively DENIES without prejudice the Defendant's Motion to Dismiss.[3] Defendants are granted leave to refile their motion to dismiss after the motion to amend is decided.

Signed February 8, 2024.

BY THE COURT:

_____
David Barlow
United States District Court Judge

---

[1] ECF No. 15.
[2] ECF No. 22.
[3] ECF No. 15.