THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NAOMI KEHL,<br><br>    Plaintiff,<br><br>vs.<br><br>TONY LEBLANC and WESTMINSTER COLLEGE,<br><br>    Defendants. | **ORDER DISMISSING ACTION**<br><br>Civil No. 2:23-cv-00167<br><br>Judge David Barlow |

On August 14, 2024, Magistrate Judge Romero issued an order granting Plaintiff's counsel's Motion to Withdraw.[1] In the same order, Judge Romero ordered Plaintiff to enter a notice of appearance or have counsel file a notice of appearance within 21 days.[2]

The court issued an Order to Show Cause on October 30, 2024, after Plaintiff failed to enter a notice of appearance or have counsel file a notice of appearance.[3] The Order to Show Cause ordered Plaintiff to respond in writing by November 20, 2024, to inform the court of the status of the case and intentions to proceed.[4] The court noted that failure to do so may result in dismissal of the case for failure to prosecute.[5] To date, Plaintiff has failed to respond to the Order to Show Cause.

Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the court ORDERS that this action be dismissed for a failure to prosecute and for a failure to comply with a court order. The court further ORDERS that the dismissal is without prejudice.

---

[1] ECF No. 41
[2] *Id*.
[3] ECF No. 43.
[4] *Id*.
[5] *Id*.

Signed December 2, 2024.

BY THE COURT:

_____
David Barlow
United States District Court Judge