# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| NAOMI KEHL,<br><br>    Plaintiff,<br><br>vs.<br><br>TONY LEBLANC and WESTMINSTER COLLEGE,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-cv-00167<br><br>Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

That Plaintiff's action is dismissed without prejudice for failure to prosecute.

Signed December 3, 2024.

BY THE COURT

_____

David Barlow
United States District Judge