IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| NAOMI KEHL,<br><br>  Plaintiff,<br><br>v.<br><br>TONY LEBLANC and WESTMINSTER COLLEGE,<br><br>  Defendants. | **ORDER ON MOTION TO VACATE DISMISSAL**<br><br>Case No. 2:23-cv-00167-DBB-CMR<br><br>District Judge David B. Barlow<br>Magistrate Judge Cecilia M. Romero |

## O R D E R

**AND NOW** this _____ day of _____ 2025, upon consideration of Plaintiff's Motion to Vacate the Court's Order dated December 3 2024, said Motion is GRANTED.

**IT IS ORDERED** that the December 3 2024 Order is vacated and this case is reinstated.

              BY THE COURT:

              _____

                   U.S.D.J.